Supreme Court of Pennsylvania
ADMINISTRATIVE OFFICE OF
PENNSYLVANIA COURTS
1515 Market Street, Suite 1414
Philadelphia, PA 19102
(215) 560-6326
www.pacourts.us

October 2, 2026

**VIA ELECTRONIC FILING**
Patricia S. Dodszuweit, Clerk
U.S. Court of Appeals for the Third Circuit
U.S. Courthouse, Room 21400
601 Market Street
Philadelphia, PA 19106-1790

**RE: Lisa Tresslar v. J. Jermaine Greene, Sr., et al.**
**USCA No. 26-1367**

Dear Ms. Dodszuweit:

Please be advised that the Northampton County Court of Common Pleas, Judge Jennifer Sletvold, and Judge Paula Roscioli do not intend to participate in this appeal. The District Court dismissed all claims against Judges Sletvold and Roscioli on October 18, 2024, and Appellant has not appealed that dismissal. *See* Dist. Ct. Dkt. 40; Appx 0009. Appellant then voluntarily withdrew her claims against the Northampton County Court of Common Pleas on July 15, 2025. *See* Dist. Ct. Dkt. 77; Appx 0009. As such, the issues on appeal do not affect these parties.

Thank you for your consideration.

Very truly yours,

***/s/ Megan Mallek***

MEGAN MALLEK, ESQUIRE
Attorney I.D. No. 321341
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepaartment@pacourts.us
(215) 560-6326/Fax: (215) 560-5486

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE THIRD CIRCUIT**

| | | |
|---|---|---|
| LISA L. TRESSLER | : | |
| | : | |
| *Appellant* | : | |
| | : | NO. 26-1367 |
| vs. | : | |
| | : | |
| | : | |
| | : | |
| JERMAINE GREENE, SR., et al. | : | |
| | : | |
| *Appellees* | : | |

## Certificate of Service

The undersigned counsel hereby certifies that on October 2, 2026, she personally caused to be served upon the following a true and correct copy of the foregoing *Non-Participation Letter*, via the CM/ECF to all counsel of record.

***/s/ Megan Mallek***

MEGAN MALLEK, ESQUIRE
Attorney I.D. No. 321341
Supreme Court of Pennsylvania
Administrative Office of PA Courts
1515 Market Street, Suite 1414
Philadelphia, PA 19102
legaldepaartment@pacourts.us
(215) 560-6326/Fax: (215) 560-5486

***Counsel for Judicial Appellees***